**Jackie Lyle CALL, Appellant,**

v.

**Patricia Call HEIM, Respondent.**

**No. 44570.**

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 2, 1983.

James M. Martin, St. Louis, for appellant.

Rene E. Lusser, St. Louis, for respondent.

ORDER

PER CURIAM:

Husband appeals from trial court's order transferring general custody of the parties' three minor children from husband to wife.

Judgment of the trial court is affirmed. Rule 84.16(b).